IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CASE NO. 07 CV 138

DUKE UNIVERSITY and DUKE
UNIVERSITY HEALTH SYSTEM,

        Plaintiffs,

-against-

MED XS SOLUTIONS,

        Defendant.

**JUDGMENT**

It is ORDERED and AJUDGED that Plaintiff's Acceptance of Defendant's Offer of Judgment for ONE HUNDRED SIXTEEN THOUSAND FOUR HUNDRED EIGHTY-SIX and NO/100 Dollars together with costs of filing is granted and the case is dismissed.

Dated: December 10, 2007

                                            /s/ John S. Brubaker
                                          Clerk, United States District Court